## ATTACHMENT A

### Property to Be Searched

This warrant applies to information associated with the Google account theycallmejim98@gmail.com that is stored at premises controlled by Google, a company that accepts service of legal process at 1600 Amphitheatre Parkway, Mountain View, California 94043.