## ATTACHMENT B

### Particular Things to be Seized

**I.        Information to be disclosed by  Google, Inc. (the "Provider")**

To the extent that the information described in Attachment A is within the possession,

custody, or control of the Provider, including any emails, records, files, logs, or information that

has been deleted but is still available to the Provider, or has been preserved pursuant to requests

made under 18 U.S.C. § 2703(f) on April 24, 2017, the Provider is required to disclose the

following information to the government for each account or identifier listed in Attachment A:

a.        The contents of all emails associated with the account, including stored or

preserved copies of emails sent to and from the account, draft emails, the source and destination

addresses associated with each email, the date and time at which each email was sent, and the

size and length of each email;

b.        All records or other information regarding the identification of the account, to

include full name, physical address, telephone numbers and other identifiers, records of session

times and durations, the date on which the account was created, the length of service, the IP

address used to register the account, log-in IP addresses associated with session times and dates,

account status, alternative email addresses provided during registration, methods of connecting,

log files, and means and source of payment (including any credit or bank account number);

c.        The types of service utilized;

d.        All records or other information stored at any time by an individual using the

account, including address books, contact and buddy lists, calendar data, pictures, videos and

files;

e.      All records pertaining to communications between the Provider and any person

regarding the account, including contacts with support services and records of actions taken.

## II.      Information to be seized by the government

All information described above in Section I that constitutes fruits, contraband, evidence and instrumentalities of violations of 18 U.S.C. 875(c) (Interstate threats to injure another person) including, for each account or identifier listed on Attachment A, information pertaining to the following matters:

(a)   Records and information related to attacks on individuals, planning and execution of such attacks, and/or any of the individual recipients of the threat emails or individuals listed on the "Murder List;"

(b)   Records and information related to concealing identities in on-line and telephone communications, including but not limited to, the use of Virtual Private Network (VPN) services;

(c)   Correspondence of any kind related to preparing for or executing an attack on a school and/or communicating threats to make such an attack;

(d)   Records and information relating to the physical layout of South Burlington High School or any other South Burlington, Vermont school;

(e)   Evidence indicating how and when the email account was accessed or used, to determine the geographic and chronological context of account access, use, and events relating to the crime under investigation and to the email account owner;

(f)   Evidence indicating the email account owner's state of mind as it relates to the crime under investigation;

(g)   Evidence related to the identity of the person(s) who created or used the account, including records that help reveal the whereabouts of such person(s); and

(h)   Evidence related to the identity of any co-conspirators or other individuals involved with the account user in furtherance of the crime under investigation