## ATTACHMENT A

**Property to Be Searched**

This warrant applies to information associated with the Microsoft account subedimukesh@outlook.com, jimmymukie98@outlook.com, rustyslack@outlook.com, sbhsmurder2017@outlook.com, and jimcollins9797@outlook.com that is stored at premises controlled by Microsoft, a company that accepts service of legal process at One Microsoft Way, Redmond, Washington 98052-6399.