AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of Vermont

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2017 MAY -8 PM 2: 07

CLERK

BY _____
DEPUTY CLERK

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 5:17-cr-47
IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH FACEBOOK )
USER ID 100016499289596, FACEBOOK USERNAME DAYDAY.WALTON, FACEBOOK )
PAGE THATSOLOCO, AND FACEBOOK USERNAME TAYLOR.ISABELLE.5496 THAT IS )
STORED AT PREMISES CONTROLLED BY FACEBOOK INC. )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the _____Northern_____ District of _____California_____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Knowingly transmitting in interstate commerce a communication containing a threat to injure the person of another. |

The application is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Jennifer A. Vander Veer*
Applicant's signature

Jennifer A. Vander Veer, FBI Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: May 8, 2017

*[signature]*
Judge's signature

City and state: Burlington, Vermont

Hon. John M. Conroy
Printed name and title