## ATTACHMENT A

**Property to Be Searched**

This warrant applies to information associated with the Facebook user ID 100016499289596, Facebook username dayday.walton, Facebook page ThatSoLoco, and Facebook username taylor.isabelle.5496, that is stored at premises owned, maintained, controlled, or operated by Facebook Inc., a company headquartered in Menlo Park, California.